# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
ARRIAGA, EDGAR § Case No. 14-21485
BENITEZ, MINERVA §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/09/2014 . The undersigned trustee was appointed on 06/09/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    14,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 18.64 |
   | Bank service fees | 265.02 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 13,716.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/13/2014 and the deadline for filing governmental claims was 12/08/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,150.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,150.00 , for a total compensation of $ 2,150.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/05/2016                By:/s/Elizabeth C Berg, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - E. ARRIAGA & M. BENITEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No.: | 14-21485   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BENITEZ, MINERVA | | 341(a) Meeting Date: | 07/07/14 |
| For Period Ending: | 04/05/16 | | Claims Bar Date: | 11/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account: Checking 2366 Location: Chase Ch<br>Value of account reduced on amended schedule B | 503.01 | 0.00 | | 0.00 | FA |
| 2. Savings Account: Savings 7945 Location: Chase Chic<br>Value of account reduced on amended schedule B | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account: Savings 7945 Location: Chase Chi<br>Asset listed on original schedules but removed on amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account: Savings 0199 Location: chase<br>Asset listed on original schedules but removed on amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 5. Furniture: 3 Bedroom Sets Location: 409 Brookhaven | 600.00 | 0.00 | | 0.00 | FA |
| 6. Appliances: Fridge, Microwave, Blender, Mixer Loca | 300.00 | 0.00 | | 0.00 | FA |
| 7. Office: Desk and Computer Location: 409 Brookhaven | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes: Work and casual clothes for one adult mal | 250.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry: Family Heirlooms Location: 409 Brookhaven | 300.00 | 0.00 | | 0.00 | FA |
| 10. Insurance: Life Insurance Spouse is Beneficiary Ye | 0.00 | 0.00 | | 0.00 | FA |
| 11. Retirement: Chase IRA (3643) Location: Chase Chica | 4,740.00 | 0.00 | | 0.00 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 19.05f

FORM 1 - E. ARRIAGA & M. BENITEZ
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 14-21485 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | ARRIAGA, EDGAR | | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BENITEZ, MINERVA | | | | 341(a) Meeting Date: | 07/07/14 |
| | | | | | Claims Bar Date: | 11/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Retirement: Cassens 401k Location: The Bank of Edw | 5,120.29 | 0.00 | | 0.00 | FA |
| 13. Auto: 2013 Toyota Camry 15000 Miles Location: 409   Secured a $20,000.00 loan from Ds brother; | 18,500.00 | 0.00 | | 0.00 | FA |
| 14. Auto: 2001 Ford Expedition AWD Eddie Bauer Edition | 2,599.00 | 0.00 | | 0.00 | FA |
| 15. Claim re Unauthorized Postpetition Transfer (u)   Debtors used Tax Refund received post-petition to pay partial balance on loan due to Debtor's brother secured by Toyota; per order 10/17/14 [dkt 43] Trustee settled with Debtors for $14,000 to be paid over time | 0.00 | 14,000.00 | | 14,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $34,112.30 | $14,000.00 | | $14,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 31, 2016: Received final settlement payment. Trustee has prepared her Final Report and will submit to UST for approval.

January 26, 2016: one installment payment remaining o/s; after collection will review claims and prepare TFR

October 6, 2015: Trustee has been collecting payments from the Debtors for settlement on post-petition transfer to Debtor's brother per court order. Debtors were making payments regularly but have missed the last two payments. Trustee is pursuing colleciton of the last 4 payments. Upon collection of all money per Court order, Trustee will

FORM 1 - E. ARRIAGA & M. BENITEZ

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | |
|---|---|
| Case No: 14-21485  DRC  Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C Berg, Trustee |
| Case Name: ARRIAGA, EDGAR | Date Filed (f) or Converted (c): 06/09/14 (f) |
| BENITEZ, MINERVA | 341(a) Meeting Date: 07/07/14 |
| | Claims Bar Date: 11/13/14 |

review claims and prepare her Final Report.

October 29, 2014: Trustee investigated a post-petition transfer of Debtors' tax refund to pay for an outstanding vehicle loan due to Debtor's brother and excess value in bank account.. Trustee has settled with the Debtors for $14,000 payable in a downpayment of $8,000 and 12 consecutive monthly payments of $500. Trustee anticipates preparing her Final Report in October 2015 and close the case by year end.

Initial Projected Date of Final Report (TFR): 12/30/15    Current Projected Date of Final Report (TFR): 06/30/16

/s/   Elizabeth C Berg, Trustee
_____ Date: 04/05/16
ELIZABETH C BERG, TRUSTEE

FORM 2 - ARRIAGA, MOBENITEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/14 | 15 | CHASE - CASHIER'S CHECK<br>Remitter: Edgar Arriaga | Settlement estate's claim [dkt 43] | 1249-000 | 8,000.00 | | 8,000.00 |
| 11/05/14 | 15 | CHASE - CASHIER'S CHECK<br>REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 8,500.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,490.00 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.12 | 8,477.88 |
| 12/29/14 | 15 | CHASE - CASHIER'S CHECK<br>REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 8,977.88 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.67 | 8,965.21 |
| 02/04/15 | 15 | CHASE - CASHIER'S CHECK<br>REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 9,465.21 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.33 | 9,451.88 |
| 02/20/15 | 001001 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | 2015 Bond Premium | 2300-000 | | 8.06 | 9,443.82 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.62 | 9,431.20 |

Page Subtotals 9,500.00 68.80

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.05f

FORM 2 - ARRIAGA & BENITEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 9,931.20 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.57 | 9,916.63 |
| 05/05/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 10,416.63 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.27 | 10,402.36 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.37 | 10,386.99 |
| 06/08/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 10,886.99 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.49 | 10,871.50 |
| 07/23/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 11,371.50 |
| 07/30/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 11,871.50 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,855.07 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.62 | 11,837.45 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.03 | 11,820.42 |

Page Subtotals       2,500.00     110.78

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                                 Ver: 19.05f

FORM 2 - ARRIAGA & BENITEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/13/15 | 15 | CHASE - CASHIER'S CHECK<br>C/O EDGAR ARRIAGA<br>1394 NEWPORT CIR<br>PINGREE GROVE, IL 60140 | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 12,320.42 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.03 | 12,302.39 |
| 11/09/15 | 15 | EDGAR ARRIAGA & MINERVA BENITEZ<br>1394 NEWPORT CIR<br>PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 500.00 | | 12,802.39 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.23 | 12,784.16 |
| 12/28/15 | 15 | CHASE - CASHIER'S CHECK<br>C/O EDGAR ARRIAGA<br>1394 NEWPORT CIR<br>PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 500.00 | | 13,284.16 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.10 | 13,265.06 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.72 | 13,245.34 |
| 02/16/16 | 001002 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 10.58 | 13,234.76 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.42 | 13,216.34 |

Page Subtotals     1,500.00     104.08

FORM 2 - ARRIAGA & BENITEZ

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 14-21485 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | Account Number / CD #: | *******6172  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | |
| For Period Ending: | 04/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/11/16 | 15 | CHASE - CASHIER'S CHECK C/O EDGAR ARRIAGA 1394 NEWPORT CIR PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 250.00 | | 13,466.34 |
| 03/30/16 | 15 | EDGAR ARRIAGA & MINERVA BENITEZ 1394 NEWPORT CIR PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 250.00 | | 13,716.34 |

```
                                           COLUMN TOTALS                     14,000.00          283.66       13,716.34
                                    Less: Bank Transfers/CD's                     0.00            0.00
                                           Subtotal                          14,000.00          283.66
                                    Less: Payments to Debtors                                     0.00
                                           Net                               14,000.00          283.66

                                                                                                NET           ACCOUNT
                                           TOTAL - ALL ACCOUNTS           NET DEPOSITS    DISBURSEMENTS       BALANCE
                      Checking Account (Non-Interest Earn - *******6172)     14,000.00          283.66       13,716.34
                                                                         -----------------  -----------------  -----------------
                                                                             14,000.00          283.66       13,716.34
                                                                         =================  =================  =================
                                                                        (Excludes Account  (Excludes Payments    Total Funds
                                                                            Transfers)        To Debtors)         On Hand
```

Page Subtotals          500.00          0.00

| Page 1 | | EXH. C - ARRIAGA<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2016 |

Case Number: 14-21485
Debtor Name: ARRIAGA, EDGAR

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,150.00 | $0.00 | $2,150.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $2,340.50 | $0.00 | $2,340.50 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | Administrative | | $8.06 | $8.06 | $0.00 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $10.58 | $10.58 | $0.00 |
| 000001<br>070<br>7100-00 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $8,902.43 | $0.00 | $8,902.43 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (Citibank (South Dakota),)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $4,120.23 | $0.00 | $4,120.23 |
| 000003<br>070<br>7100-00 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $6,381.47 | $0.00 | $6,381.47 |
| 000004<br>070<br>7100-00 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsecured | | $326.96 | $0.00 | $326.96 |
| | Case Totals: | | | $24,240.23 | $18.64 | $24,221.59 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-21485
Case Name: ARRIAGA, EDGAR
             BENITEZ, MINERVA
Trustee Name: Elizabeth C Berg, Trustee

Balance on hand $ 13,716.34

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 2,150.00 | $ 0.00 | $ 2,150.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,340.50 | $ 0.00 | $ 2,340.50 |
| Other: Adams-Levine | $ 10.58 | $ 10.58 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 8.06 | $ 8.06 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 4,490.50

Remaining Balance  $ 9,225.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,731.09 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC | $ 8,902.43 | $ 0.00 | $ 4,162.59 |
| 000002 | Atlas Acquisitions LLC (Citibank (South | $ 4,120.23 | $ 0.00 | $ 1,926.53 |
| 000003 | Midland Credit Management, Inc. | $ 6,381.47 | $ 0.00 | $ 2,983.84 |
| 000004 | Nicor Gas | $ 326.96 | $ 0.00 | $ 152.88 |

Total to be paid to timely general unsecured creditors    $ 9,225.84

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE