UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-21485 |
| Edgar Arriaga & Minerva Benitez, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Geneva) |
| Debtors. | ) | Hearing Date: April 29, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:                 June 9, 2014

Period for Which
Compensation is sought:     July 11, 2014 to Close of Case

Amount of Fees sought:      $2,150.00

Amount of Expense
Reimbursement sought:       $0.00

This is an:   Interim Application __         Final Application  X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated: April 5, 2016                    Elizabeth C. Berg, Trustee of the Estate of
                                        Edgar Arriaga & Minerva Benitez, Debtors

                                        By:      /s/Elizabeth C. Berg, Trustee
                                             Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-21485 |
| Edgar Arriaga & Minerva Benitez, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Geneva) |
| Debtors. | ) | Hearing Date: April 29, 2016 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
And Expense Reimbursement of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Edgar Arriaga & Minerva Benitez, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of (1) $2,150.00 as final compensation for services rendered as trustee in this case from July 11, 2014 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. The Debtors commenced this case on June 7, 2014 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate held an interest in an unauthorized post-petition transfer made by the debtors to debtor's brother.

4. The bar date for filing non-governmental claims in this case was November 13, 2014 and the bar date for filing governmental claims was December 8, 2014.

**Prior Compensation and Expense Reimbursement**

5.      This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.      Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

**Services Rendered by Trustee**

7.      Since her appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A.      Trustee reviewed and analyzed the Debtors' Schedules of Assets and Liabilities; the Debtors' Statements of Financial Affairs; and conducted an examination of the Debtors pursuant to Section 341 of the Code;

B.      Trustee analyzed the debtors' bank statements and tax returns to identify the unauthorized post-petition transfer. Trustee negotiated with Debtors for a settlement on the post-petition transfer and directed her attorneys to obtain court authority to compromise and settle with the Debtors. Pursuant to this Court's order dated October 17, 2014, the Trustee recovered gross proceeds of $14,000.00 from the settlement with the Debtors;

C.      Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.      Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E.      Trustee examined, analyzed and verified proofs of claim filed against the Estate including the validity of a claim filed against the Estate; and

2

F.   Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.   Trustee has collected the sum of $14,000.00 on behalf of the Estate. Trustee has made $283.66 in disbursements in this case as of the date hereof.

9.   Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation and Expense Reimbursement Requested

10.   During the period covered by this Application, Trustee spent 24.60 hours rendering services on behalf of this Estate with a value of $5,952.00. Trustee estimates that she will spend an additional three hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file her final account.

11   The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $2,150.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $9,000.00 | $  900.00 |
| Total allowable compensation | $2,150.00 |

12.   Based upon the caliber of the services rendered by Trustee, Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $2,150.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

3

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds returned to the Debtors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned (or sought to abandon) all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Edgar Arriaga and Minerva Benitez, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $2,150.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from July 11, 2014 through the closing of this case;

B. Authorizing the Trustee to pay the amount awarded from the Estate funds held by the Trustee as part of her final distribution in this case;

C. For such other and further relief as this Court deems appropriate.

Dated:  April 5, 2016                     Elizabeth C. Berg, as trustee of the estate of
                                          Edgar Arriaga & Minerva Benitez, debtors

                                          By: _____/s/ Elizabeth C. Berg, as Trustee_____
                                                      Elizabeth C. Berg

Elizabeth C. Berg
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

4

**Trustee's Final Fee Application**　　　　　　　　**Edgar Arriaga & Minerva Benitez, Debtors**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 14-21485**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax: (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

March 31, 2016
Invoice No:   02686

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Arriaga - Trustee Matters*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/11/2014 | ECB | Review Debtor's 341 testimony, tax returns, paystubs, schedules and SOFA (.6) and analyze potential to recover post-petition transfer of federal income tax refund (.5) Review section 549 re same (.1) TC Debtor's counsel re same (.2) | 1.40 $325.00/ hr | $455.00 |
| 7/11/2014 | ECB | Corres to Debtor's counsel with document request | 0.20 $325.00/ hr | $65.00 |
| 7/11/2014 | ECB | Set up TR database with info for new case | 0.10 $325.00/ hr | $32.50 |
| 8/12/2014 | ECB | Review and analyze note, bank statements and debtors' tax returns in connection with Debtors' unauthorized post-petition transfer of $16,000 federal income tax refund (1.2) Calculate and compare actual checking and savings account balances against scheduled amounts (.3) TC (.2) and Correspondence (.4)  with Debtors' counsel re TR's intent to recover value of refund and alternatives re same | 2.10 $325.00/ hr | $682.50 |
| 8/13/2014 | ECB | Review and approve Motion to Extend Time to Object to Debtors' Discharge | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**  3/31/2016

Arriaga - Trustee Matters                                                                  Page    2

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/13/2014 | ECB | Review case docket re deadlines to object to discharge and to exemptions (.1) Email to JMM re prep of motion and status of negotiations for ITR turnover (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 8/25/2014 | ECB | Review response to turnover demand from Debtor's counsel, including potential settlement options | 0.10<br>$325.00/ hr | $32.50 |
| 8/26/2014 | ECB | Review email from D's counsel re potential settlement (.1) Review file and compose potential alternate settlement scenarios (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 9/02/2014 | ECB | Review documentation from Debtor evidencing IRA accounts (.1) Review Debtor's counsel's email re same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 10/03/2014 | JMM | Request EIN from IRS (.1), Open New bank account and deposit check into TCMS (.1), Deposit check with Bank via FedEx (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 10/21/2014 | ECB | Memo to staff re entry of order approving settlement, transmittal of same to debtor's counsel (.1) Memo to staff re setup of database to track installment payments (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 10/27/2014 | ECB | Review case, confer with JMM re update of data and case status (.6) Finalize TIR annual reports for filing with Court and with Office of UST (1.0) | 1.60<br>$325.00/ hr | $520.00 |
| 11/17/2014 | ECB | Open and review October 2014 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 11/18/2014 | JMM | Process October 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 12/09/2014 | ECB | Open and review November 2014 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 12/09/2014 | JMM | Process November 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                 3/31/2016

Arriaga - Trustee Matters                                                              Page    3

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/29/2014 | JMM | Deposit Settlement check into TCMS (.1), Send check to Associated Bank via Scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/19/2015 | JMM | Process December 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/26/2015 | RKP | Review case file for information regarding Estate tax requirements (.1); memo to Trustee re: same (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 1/29/2015 | ECB | Update TR database re quarterly review | 0.10<br>$325.00/ hr | $32.50 |
| 1/29/2015 | JMM | Consult w/ TR re: settlement Agmt payments and review o: payment schedule (.1), Draft email to Debtor's Counsel re: late payment (.3) | 0.40<br>$175.00/ hr | $70.00 |
| 2/04/2015 | JMM | Deposit check into TCMS (.1), Send check to Associated Bank via Scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/13/2015 | ECB | Open and review January '15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | JMM | Process January 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/20/2015 | ECB | Review correspondence & bond received from ch. 7 bonding company (.1) Prep bond disbursement report and arrange payment of premium (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 3/09/2015 | ECB | Open and review Feb 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/09/2015 | JMM | Process February 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                        3/31/2016

Arriaga - Trustee Matters                                                              Page    4

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/09/2015 | JMM | Deposit check into TCMS (.1), Deposit check w/ Associated Bank via scanner (.1) | 0.20<br>$175.00/hr | $35.00 |
| 3/13/2015 | ECB | Email to accountant to inquire re need to file 2014 return | 0.10<br>$325.00/hr | $32.50 |
| 4/09/2015 | ECB | Open and approve 3-15 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 4/09/2015 | JMM | Process March 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 5/01/2015 | ECB | Check status of estate tax matters | 0.10<br>$325.00/hr | $32.50 |
| 5/01/2015 | JMM | Consult w/ TR re: Default on Installment Payments (.1), Draft Letter to Debtor's Counsel re: status of payments, action by clients (.6) | 0.70<br>$175.00/hr | $122.50 |
| 5/05/2015 | JMM | Deposit Check into TCMS (.1), Send Check to Associated Bank via scanner (.1) | 0.20<br>$175.00/hr | $35.00 |
| 5/12/2015 | ECB | Open and approve April 2015 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 5/13/2015 | JMM | Process April 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 6/08/2015 | ECB | Open and approve May 2015 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 6/08/2015 | JMM | Deposit check into TCMS (.1), Send check to Associated Bank via scanner (.1) | 0.20<br>$175.00/hr | $35.00 |
| 6/09/2015 | JMM | Process May 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |

**Baldi Berg, Ltd**  3/31/2016

Arriaga - Trustee Matters  Page  5

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/13/2015 | ECB | Open and approve June 2015 Bank Statements | 0.10 $325.00/ hr | $32.50 |
| 7/13/2015 | JMM | Process June 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/ hr | $37.00 |
| 7/23/2015 | JMM | Deposit check into TCMS (.1), Deposit check with Associated Bank via scanner (.1) | 0.20 $185.00/ hr | $37.00 |
| 7/30/2015 | JMM | Deposit Cashier's Check into TCMS (.1), Deposit Check with Associated Bank via Scanner (.1) | 0.20 $185.00/ hr | $37.00 |
| 8/17/2015 | ECB | Open and review July 2015 bank statements | 0.10 $325.00/ hr | $32.50 |
| 8/18/2015 | JMM | Process July 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/ hr | $37.00 |
| 8/21/2015 | JMM | Review email from D's counsel re: payments of debtors to estate and most recent letter sent (.1), Review payments received from debtors and remaining funds to complete settlement (.1), Draft email response to debtor's counsel re: current on payments, four remaining (.1) | 0.30 $185.00/ hr | $55.50 |
| 8/31/2015 | ECB | Status of case closing | 0.10 $325.00/ hr | $32.50 |
| 9/15/2015 | ECB | Open and approve Aug 2015 bank statement | 0.10 $325.00/ hr | $32.50 |
| 9/15/2015 | ECB | Open and approve Aug 2015 bank statement | 0.10 $325.00/ hr | $32.50 |
| 9/16/2015 | JMM | Process August 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/ hr | $37.00 |
| 9/25/2015 | ECB | TC with RKP re case status and prep of annual case status report for office of US Trustee | 0.10 $325.00/ hr | $32.50 |

**Baldi Berg, Ltd**                                          3/31/2016

Arriaga - Trustee Matters                                    Page    6

---

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/07/2015 | JMM | Analyze status of payments being made pursuant to settlement agreement (.1), Draft letter to Debtor's Counsel re: failure to make payments over past 2 months (.4.), Draft email to Debtor's Counsel re: same (.1) | 0.60<br>$185.00/ hr | $111.00 |
| 10/08/2015 | ECB | Review correspondence to Debtors' counsel re final settlement payments | 0.10<br>$325.00/ hr | $32.50 |
| 10/08/2015 | RKP | Review documents for information needed to prepare TIR (.2); update system information as needed for TIR (.2) | 0.40<br>$195.00/ hr | $78.00 |
| 10/11/2015 | RKP | Prepare Forms 1 and 2 for review by E. Berg | 0.30<br>$195.00/ hr | $58.50 |
| 10/13/2015 | JMM | Deposit Installment Check into TCMS (.1), Deposit check with bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 10/22/2015 | ECB | Preparation of annual report required by Office of US Trustee | 0.50<br>$325.00/ hr | $162.50 |
| 10/23/2015 | RKP | Finalize TIR-Forms 1, 2, 3 (.1); prepare for submission to UST and to efile (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 11/05/2015 | JMM | Process September 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 11/05/2015 | JMM | Review email from Debtors' Counsel re: balance on account, review payments and draft response to Debtors' Counsel re: balance on account (.2) | 0.20<br>$185.00/ hr | $37.00 |
| 11/06/2015 | ECB | Review and approve Sept '15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 11/09/2015 | JMM | Deposit installment check into TCMS (.1), Deposit check with bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |

**Baldi Berg, Ltd**                                                     3/31/2016

Arriaga - Trustee Matters                                          Page    7

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 12/03/2015 | ECB | Open and review Oct 15 Bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 12/03/2015 | JMM | Process October 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 12/10/2015 | ECB | Open and approve November 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 12/10/2015 | JMM | Process November 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 12/28/2015 | JMM | Deposit installment check into TCMS (.1), Send deposit to bank via scanner (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 1/08/2016 | JMM | Process December 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |
| 1/13/2016 | ECB | Open and review Dec 15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 1/21/2016 | RKP | Compile documents for accountants review in preparation of tax returns and related memo to Trustee | 0.20<br>$195.00/ hr | $39.00 |
| 1/25/2016 | ECB | Perform TR quarterly case review; Email JMM re collection of final $500 installment payment | 0.10<br>$325.00/ hr | $32.50 |
| 2/08/2016 | ECB | Open and review Jan16 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/08/2016 | ECB | Memo to JMM re collection of final installment | 0.10<br>$325.00/ hr | $32.50 |
| 2/11/2016 | JMM | Process January 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$185.00/ hr | $37.00 |

**Baldi Berg, Ltd**                                                               3/31/2016

Arriaga - Trustee Matters                                                    Page    8

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/11/2016 | JMM | Review payment schedule and money owed, draft email to Debtor's counsel re: same (.2) | 0.20 $185.00/ hr | $37.00 |
| 2/16/2016 | ECB | Review corres & invoice for from surety (.1) Prepare bond disbursement report and payment of invoice (.2) | 0.30 $325.00/ hr | $97.50 |
| 3/09/2016 | ECB | Open Feb16 Bank Statements and approve same | 0.10 $325.00/ hr | $32.50 |
| 3/10/2016 | JMM | Process February 2016 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $185.00/ hr | $37.00 |
| 3/11/2016 | JMM | Deposit installment check into TCMS (.1), Send check to bank via scanner (.1) | 0.20 $185.00/ hr | $37.00 |
| 3/24/2016 | JMM | Draft email to Debtor's Counsel re: remaining balance due, remit balance ASAP (.2) | 0.20 $185.00/ hr | $37.00 |
| 3/30/2016 | JMM | Deposit Check into TCMS (.1), Deposit Check into Bank via scanner (.1), Draft email to Debtor's counsel re: receipt of final payment (.1) | 0.30 $185.00/ hr | $55.50 |
| 3/31/2016 | JMM | Review case file for information needed to prepare TFR and related documents (.5), Review claims and update system with information needed to prepare TFR and NFR (.4) | 0.90 $185.00/ hr | $166.50 |
| 3/31/2016 | JMM | Draft Trustee Fee Application (1.2), Prepare coversheet, proposed order and affidavit (.3), Prepare TFR (1.0) and NFR (.4), Review and edit TR Final Repock Package (.5) | 3.40 $185.00/ hr | $629.00 |

|  |  |
|---|---|
| Total Fees | $5,952.00 |
| Total New Charges | $5,952.00 |
| Previous Balance | $0.00 |

**Baldi Berg, Ltd**                                            3/31/2016

Arriaga - Trustee Matters                                      Page    9

---

Balance Due                          $5,952.00

### *Timekeeper Summary*

| Name              | Hours | Rate     |
|-------------------|-------|----------|
| Elizabeth C Berg  | 10.20 | $325.00  |
| Jason M Manola    | 4.00  | $175.00  |
| Jason M Manola    | 9.10  | $185.00  |
| Ricki K Podorovsky| 1.30  | $195.00  |

*24.60* (handwritten)

**Trustee's Final Fee Application**　　　　　　　**Edgar Arriaga & Minerva Benitez, Debtors**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 14-21485**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Edgar Arriaga & Minerva Benitez, | ) | Case No. 14-21485 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Geneva) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation or expense reimbursement for services rendered or expenses incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on April 5th, 2016

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**