UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-21485 |
| Edgar Arriaga & Minerva Benitez, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: April 29, 2016 |
| Debtors. | ) | Hearing Time: 10:30 A.M. |

## CERTIFICATE OF SERVICE

I, Jason M. Manola, a non-attorney, hereby certify that I caused a true and correct copy of the attached **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)**, to be served on the attached service list via first class mail with postage prepaid on April 7, 2016.

_____
Jason M. Manola

Subscribed and sworn to
before me on April 7, 2016

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2016

Service List
Case No. 14-21485
Edgar Arriaga & Minerva Benitez, Debtors

Edgar Arriaga
Minerva Benitez
1394 Newport Circle
Pingree Grove, IL 60140

Nicor Gas
PO Box 549
Aurora, IL 60507

Midland Credit Management, Inc.
Agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

Elizabeth C. Berg
20 N. Clark St., Ste. 200
Chicago, IL 60602