UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| ARRIAGA, EDGAR<br>BENITEZ, MINERVA | § § § § | Case No. 14-21485 |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 9,905.02                                Assets Exempt: 24,207.28
*(Without deducting any secured claims)*

Total Distributions to Claimants:  9,225.84               Claims Discharged
                                                          Without Payment:  15,785.65

Total Expenses of Administration:  4,774.16

---

3) Total gross receipts of $ 14,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 14,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 258,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,774.16 | 4,774.16 | 4,774.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,118.66 | 19,731.09 | 19,731.09 | 9,225.84 |
| **TOTAL DISBURSEMENTS** | $ 280,118.66 | $ 24,505.25 | $ 24,505.25 | $ 14,000.00 |

 4) This case was originally filed under chapter 7 on 06/09/2014 . The case was pending for 24 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/31/2016  By:/s/Elizabeth C Berg, Trustee
          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim re Unauthorized Postpetition Transfer | 1249-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree Servicing L 332 Minnesota St. Ste 610 Saint Paul, MN 55101 | | 250,000.00 | NA | NA | 0.00 |
| | Homero Benitez 4935 W Altgeld Chicago, IL 60639 | | 8,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 258,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 2,150.00 | 2,150.00 | 2,150.00 |
| ADAMS-LEVINE | 2300-000 | NA | 10.58 | 10.58 | 10.58 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 8.06 | 8.06 | 8.06 |
| Associated Bank | 2600-000 | NA | 265.02 | 265.02 | 265.02 |
| BALDI BERG | 3110-000 | NA | 2,340.50 | 2,340.50 | 2,340.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,774.16 | $ 4,774.16 | $ 4,774.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 701 Lee Street Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Advocate Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | 1,369.30 | NA | NA | 0.00 |
| | Advocate Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | 1,979.80 | NA | NA | 0.00 |
| | Advocate Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | 0.00 | NA | NA | 0.00 |
| | Northwest Suburban Imaging Assoc. 34659 Eagle Way Chicago, IL 60678 | | 34.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pathology Consultants 300 Randall road Geneva, IL 60134 | | 853.00 | NA | NA | 0.00 |
| | Physicians Immediate Care Po Box 2176, Dept 5389 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Robert T Edens 392 Lake St. Antioch, IL 60002 | | 0.00 | NA | NA | 0.00 |
| | Sunrise Credit Services 260 Airport Plaza Farmingdale, NY 11735 | | 0.00 | NA | NA | 0.00 |
| | United Recovery Service LLC 18525 Torrence Ave, Suite C-6 Lansing, IL 60438 | | 36.39 | NA | NA | 0.00 |
| | Valley Emergency Care Inc 298 South Yonge Street Ormond Beach, FL 32174 | | 857.00 | NA | NA | 0.00 |
| | Village of Pingree Grove 14N042 Reinking Road Hampshire, IL 60140 | | 150.91 | NA | NA | 0.00 |
| | Weltman, Weinberg & Reis Co., L.P.A. 180 N. LaSalle Street Suite 2400 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ATLAS ACQUISITIONS LLC (CITIBANK (S | 7100-000 | 3,222.00 | 4,120.23 | 4,120.23 | 1,926.53 |
| 000001 | CAVALRY SPV I, LLC | 7100-000 | 6,920.95 | 8,902.43 | 8,902.43 | 4,162.59 |
| 000003 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | 6,371.00 | 6,381.47 | 6,381.47 | 2,983.84 |
| 000004 | NICOR GAS | 7100-000 | 324.31 | 326.96 | 326.96 | 152.88 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 22,118.66 | $ 19,731.09 | $ 19,731.09 | $ 9,225.84 |

FORM 1 - ARRIAGA & BENITEZ

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 14-21485 DRC Judge: DONALD R. CASSLING | | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BENITEZ, MINERVA | | | 341(a) Meeting Date: | 07/07/14 |
| For Period Ending: | 05/31/16 (4th reporting period for this case) | | | Claims Bar Date: | 11/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account: Checking 2366 Location: Chase Ch  Value of account reduced on amended schedule B | 503.01 | 0.00 | | 0.00 | FA |
| 2. Savings Account: Savings 7945 Location: Chase Chic  Value of account reduced on amended schedule B | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account: Savings 7945 Location: Chase Chi  Asset listed on original schedules but removed on amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account: Savings 0199 Location: chase  Asset listed on original schedules but removed on amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 5. Furniture: 3 Bedroom Sets Location: 409 Brookhaven | 600.00 | 0.00 | | 0.00 | FA |
| 6. Appliances: Fridge, Microwave, Blender, Mixer Loca | 300.00 | 0.00 | | 0.00 | FA |
| 7. Office: Desk and Computer Location: 409 Brookhaven | 200.00 | 0.00 | | 0.00 | FA |
| 8. Clothes: Work and casual clothes for one adult mal | 250.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry: Family Heirlooms Location: 409 Brookhaven | 300.00 | 0.00 | | 0.00 | FA |
| 10. Insurance: Life Insurance Spouse is Beneficiary Ye | 0.00 | 0.00 | | 0.00 | FA |
| 11. Retirement: Chase IRA (3643) Location: Chase Chica | 4,740.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 19.06a

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 1 - ARRIAGA & BENITEZ  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-21485 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BENITEZ, MINERVA | | | 341(a) Meeting Date: | 07/07/14 |
| | | | | Claims Bar Date: | 11/13/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Retirement: Cassens 401k Location: The Bank of Edw | 5,120.29 | 0.00 | | 0.00 | FA |
| 13. Auto: 2013 Toyota Camry 15000 Miles Location: 409 Secured a $20,000.00 loan from Ds brother; | 18,500.00 | 0.00 | | 0.00 | FA |
| 14. Auto: 2001 Ford Expedition AWD Eddie Bauer Edition | 2,599.00 | 0.00 | | 0.00 | FA |
| 15. Claim re Unauthorized Postpetition Transfer (u) Debtors used Tax Refund received post-petition to pay partial balance on loan due to Debtor's brother secured by Toyota; per order 10/17/14 [dkt 43] Trustee settled with Debtors for $14,000 to be paid over time | 0.00 | 14,000.00 | | 14,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $34,112.30 | $14,000.00 | | $14,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 13, 2016: All funds have been distributed. Trustee has prepared her Distribution Report and will file with the Court after approval by the UST.

March 31, 2016: Received final settlement payment. Trustee has prepared her Final Report and will submit to UST for approval.

January 26, 2016: one installment payment remaining o/s; after collection will review claims and prepare TFR

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 19.06a

**FORM 1 - ARRIAGA & BENITEZ**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-21485   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C Berg, Trustee |
| Case Name: | ARRIAGA, EDGAR | Date Filed (f) or Converted (c):   06/09/14 (f) |
| | BENITEZ, MINERVA | 341(a) Meeting Date:   07/07/14 |
| | | Claims Bar Date:   11/13/14 |

October 6, 2015: Trustee has been collecting payments from the Debtors for settlement on post-petition transfer to Debtor's brother per court order.  Debtors were making payments regularly but have missed the last two payments. Trustee is pursuing colleciton of the last 4 payments.  Upon collection of all money per Court order, Trustee will review claims and prepare her Final Report.

October 29, 2014:  Trustee investigated a post-petition transfer of Debtors' tax refund to pay for an outstanding vehicle loan due to  Debtor's brother and excess value in bank account..  Trustee has settled with the Debtors for $14,000 payable in a downpayment of $8,000 and 12 consecutive monthly payments of $500. Trustee anticipates preparing her Final Report in October 2015 and close the case by year end.

Initial Projected Date of Final Report (TFR): 12/30/15      Current Projected Date of Final Report (TFR): 06/30/16

    /s/    Elizabeth C Berg, Trustee
_____   Date: 05/31/16
    ELIZABETH C BERG, TRUSTEE

FORM 2 - ARRIAGA & BENITEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/14 | 15 | CHASE - CASHIER'S CHECK<br>Remitter: Edgar Arriaga | Settlement estate's claim [dkt 43] | 1249-000 | 8,000.00 | | 8,000.00 |
| 11/05/14 | 15 | CHASE - CASHIER'S CHECK<br>REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 8,500.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,490.00 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.12 | 8,477.88 |
| 12/29/14 | 15 | CHASE - CASHIER'S CHECK<br>REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 8,977.88 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.67 | 8,965.21 |
| 02/04/15 | 15 | CHASE - CASHIER'S CHECK<br>REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 9,465.21 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.33 | 9,451.88 |
| 02/20/15 | 001001 | Arthur B. Levine Company<br>Adams Levine<br>60 East 42nd Street<br>New York NY 10165 | 2015 Bond Premium | 2300-000 | | 8.06 | 9,443.82 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.62 | 9,431.20 |

Page Subtotals     9,500.00     68.80

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

FORM 2 - ARRIAGA & BENITEZ

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/09/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 9,931.20 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.57 | 9,916.63 |
| 05/05/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 10,416.63 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.27 | 10,402.36 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.37 | 10,386.99 |
| 06/08/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 10,886.99 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.49 | 10,871.50 |
| 07/23/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 11,371.50 |
| 07/30/15 | 15 | CHASE - CASHIER'S CHECK REMITTER: EDGAR ARRIAGA | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 11,871.50 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.43 | 11,855.07 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.62 | 11,837.45 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.03 | 11,820.42 |

Page Subtotals 2,500.00 110.78

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2 - ARRIAGA & BENITEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/13/15 | 15 | CHASE - CASHIER'S CHECK<br>C/O EDGAR ARRIAGA<br>1394 NEWPORT CIR<br>PINGREE GROVE, IL 60140 | Settlement estate's claim [dkt 43] | 1249-000 | 500.00 | | 12,320.42 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.03 | 12,302.39 |
| 11/09/15 | 15 | EDGAR ARRIAGA & MINERVA BENITEZ<br>1394 NEWPORT CIR<br>PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 500.00 | | 12,802.39 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.23 | 12,784.16 |
| 12/28/15 | 15 | CHASE - CASHIER'S CHECK<br>C/O EDGAR ARRIAGA<br>1394 NEWPORT CIR<br>PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 500.00 | | 13,284.16 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.10 | 13,265.06 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 19.72 | 13,245.34 |
| 02/16/16 | 001002 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 10.58 | 13,234.76 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.42 | 13,216.34 |

Page Subtotals     1,500.00     104.08

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2 - ARRIAGA & BENITEZ

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 14-21485 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | ARRIAGA, EDGAR BENITEZ, MINERVA | Bank Name: Account Number / CD #: | Associated Bank *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | |
| For Period Ending: | 05/31/16 | Blanket Bond (per case limit): Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/11/16 | 15 | CHASE - CASHIER'S CHECK C/O EDGAR ARRIAGA 1394 NEWPORT CIR PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 250.00 | | 13,466.34 |
| 03/30/16 | 15 | EDGAR ARRIAGA & MINERVA BENITEZ 1394 NEWPORT CIR PINGREE GROVE, IL 60140 | Settlement Estate's claim [dkt 43] | 1249-000 | 250.00 | | 13,716.34 |
| 05/03/16 | 001003 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | Trustee Compensation | 2100-000 | | 2,150.00 | 11,566.34 |
| 05/03/16 | 001004 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 2,340.50 | 9,225.84 |
| 05/03/16 | 001005 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim 000001, Payment 46.76% | 7100-000 | | 4,162.59 | 5,063.25 |
| 05/03/16 | 001006 | Atlas Acquisitions LLC (Citibank (South Dakota),) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 46.76% | 7100-000 | | 1,926.53 | 3,136.72 |
| 05/03/16 | 001007 | Midland Credit Management, Inc. as agent for Asset Acceptance LLC | Claim 000003, Payment 46.76% | 7100-000 | | 2,983.84 | 152.88 |

Page Subtotals    500.00    13,563.46

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2 - ARRIAGA, BENITEZ

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 14-21485 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ARRIAGA, EDGAR | | Bank Name: | Associated Bank |
| | BENITEZ, MINERVA | | Account Number / CD #: | *******6172 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1097 | | | |
| For Period Ending: | 05/31/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 2036<br>Warren, MI 48090 | | | | | |
| 05/03/16 | 001008 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Claim 000004, Payment 46.76% | 7100-000 | | 152.88 | 0.00 |

|  |  | COLUMN TOTALS | 14,000.00 | 14,000.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 14,000.00 | 14,000.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 14,000.00 | 14,000.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - ********6172 | 14,000.00 | 14,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 14,000.00 | 14,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      152.88

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*